```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Norma Barrios, aka<br>Norma E. Barrios,<br><br>　　　　　Defendant | No. CV A 12-00544 URC<br><br><br>CONSENT JUDGMENT |

    Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Norma Barrios, aka Norma E. Barrios, in the principal amount of $2,065.79 plus interest accrued to January 18, 2012, in the sum of $781.99; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$2,847.78**.

DATED: 2/9/2012          By: _____
                                            Terry Nafisi
                                            Clerk of the Court

                                            A. Martinez
                                            Deputy Clerk
                                 United States District Court