1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8             UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | No. CV A 12-00544 URC
12 |         Plaintiff,        |
13 |         vs.               | CONSENT JUDGMENT
14 | Norma Barrios, aka        |
15 | Norma E. Barrios,         |
16 |         Defendant         |

17      Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Norma Barrios, aka
20 Norma E. Barrios, in the principal amount of $2,065.79 plus
21 interest accrued to January 18, 2012, in the sum of $781.99;
22 with interest accruing thereafter at 8% annually until entry
23 of judgment, administration costs in the amount of $0.00,
24 for a total amount of **$2,847.78**.

25

26 DATED: 2/9/2012            By: ____Terry Nafisi____
                                    Clerk of the Court
27
                                      A. Martinez
28                            _____
                                    Deputy Clerk
                              United States District Court

Page 5